UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SLADE,<br><br>                      Plaintiff,<br><br>      -against-<br><br>SMALLHOLD, INC.,<br><br>                      Defendant. | 23-cv-5390 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The conference set for September 25, 2023, at 9:00 a.m. will proceed as scheduled. It will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 561-116-716, followed by the pound (#) sign.

      SO ORDERED.

Dated: August 11, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                         United States District Judge